**April 3, 1984**

Custom Harvesting Oregon, Inc. v. Smith Truck & Tractor, Inc. et al (CA A29526)(SC S30311).

Petition for review allowed. Reversed and remanded to the Court of Appeals. *McQuary v. Bel Air Convalescent Home*, 296 Or 653, 678 P2d 1222 (1984). (678 P2d 268)

Wood v. Ford Motor Company et al (CA A25137)(SC S30405).

Petition for review allowed. Reversed and remanded to the Court of Appeals. *Bauman v. Gittelsohn*, 296 Or 663, 678 P2d 1226 (1984). (678 P2d 267)

State v. Green, Jim Shannon (CA A26987)(SC S30482).

Petition for review allowed. Reversed and remanded to the Court of Appeals. *McQuary v. Bel Air Convalescent Home*, 296 Or 653, 678 P2d 1222 (1984). (678 P2d 267)